**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAREY D. CARTER,**<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**DISTRICT OF COLUMBIA**<br><br>　　　　　Defendant. | Civil Action No. 10-cv-1959 (RLW) |

## ORDER AND FINAL JUDGMENT

On July 27, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed as of this date.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and objections thereto, the court hereby ADOPTS the report and ACCEPTS the recommendations of the magistrate judge; and it is, therefore,

**ORDERED, ADJUDGED and DECREED** that Plaintiff's Motion for Summary Judgment (Dkt. No. 8) is and that Defendants' Cross-Motion for Summary Judgment (Dkt. No. 15) is **GRANTED IN PART AND DENIED IN PART**; and

**IT IS FURTHER ORDERED** that Plaintiff is awarded $4,100.62 for attorneys' fees and that the Plaintiff is not entitled to prejudgment interest.

This is a final appealable order.

**SO ORDERED**. September 30, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Robert L. Wilkins
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge